Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Frederick A. Lorig (Bar No. 57645)
fredericklorig@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*ATTORNEYS FOR PLAINTIFF*
*INTERTRUST TECHNOLOGIES CORPORATION*

FILED
MAR 20 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

C13-1235 HRL

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC, a California corporation,<br><br>Defendant. | CASE NO.<br><br>**INTERTRUST TECHNOLOGIES CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (FED. R. CIV. PROC. 7.1; CIVIL L.R. 3-16)** |

INTERTRUST'S CORP. DISCLOSURE AND CERTIFICATION OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Intertrust Technologies Corporation ("Intertrust"), through its undersigned counsel, hereby certifies that the following publicly held corporation owns 10% or more of its stock:

 KONINKLIJKE PHILIPS ELECTRONICS N.V.

Pursuant to Civil L.R. 3-16, the undersigned counsel for Intertrust further certifies that, in addition to the entity identified above, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

 SONY CORPORATION OF AMERICA

 STEPHENS ACQUISITION LLC

DATED: March 20, 2013   By: *[signature]*
            Robert P. Feldman
            Linda J. Brewer
            Frederick A. Lorig
            QUINN EMANUEL URQUHART & SULLIVAN, LLP

            *Attorneys for Plaintiff Intertrust Technologies Corp.*