1  **[Counsel Listed on Signature Page]**

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation, | CASE NO.  4:13-cv-1235-YGR |
| Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND MOVING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| APPLE INC., a California corporation, | **[LOCAL RULE 6-2]** |
| Defendant. | Honorable Yvonne Gonzalez Rogers |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b) and Local Rules 6-1(b), 6-2

2  and 7-12, the parties hereby jointly stipulate and request an order from the Court providing an

3  additional 30 days up to and including July 29, 2013 for Defendant Apple to file its answer or

4  otherwise respond to the First Amended Complaint, which asserts infringement of eight patents in

5  addition to the 15 asserted originally.  The parties also jointly request that the initial Case

6  Management Conference ("CMC"), currently set for July 22, 2013 [D.I. 21], be moved by five

7  weeks to August 26, 2013, or as soon as thereafter it is convenient for the Court.

8    For convenience, the current and proposed dates are set forth in the chart below:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Defendant's Response to First Amended Complaint | June 28, 2013 | July 29, 2013 |
| Initial Case Management Conference | July 22, 2013 | August 26, 2013 |

13    As grounds for the requested extensions, the parties state as follows:

14    Intertrust filed its original Complaint on March 20, 2013.  [D.I. 1]  The Complaint asserted

15  15 patents against Apple.  Apple moved to dismiss Intertrust's assertions of indirect infringement.

16  [D.I. 19]

17    The parties subsequently stipulated to an extension of time for Intertrust to amend its

18  Complaint.  On June 7, 2013, Intertrust filed its First Amended Complaint [D.I. 22], asserting

19  eight additional patents against Apple.

20    In light of the newly asserted patents, Apple has requested additional time to prepare its

21  Answer, or to otherwise move, with respect to the First Amended Complaint.  Intertrust has agreed

22  to Apple's request.  Additional time for the CMC will allow the parties to more meaningfully

23  meet-and-confer pursuant to FRCP 26(f) and to adequately prepare and report their positions on a

24  plan for discovery and proposed case schedule.

25    The parties state that the following modifications of time were previously made in this case

26  by joint stipulation: a 30-day extension for Apple to file its response to the Complaint [D.I. 12]

27  and extensions of time for Intertrust to amend its complaint, for Apple to Answer, and for the

28  CMC [D.I. 21].  Because the parties have not yet met pursuant to FRCP 26(f) and have not yet

1    prepared a discovery and case management plan and report to the Court, the present requested

2    modifications and resetting of the initial CMC will not adversely impact the case schedule.

3          **IT IS SO STIPULATED.**

4

5    DATED: June 18, 2013                              Respectfully submitted,

6    */s/ Linda J. Brewer*                             */s/ Sarah E. Piepmeier*
     Robert P. Feldman                                 Sarah E. Piepmeier, SBN 227094
7    Linda J. Brewer                                   KIRKLAND & ELLIS LLP
     QUINN EMANUEL URQUHART &                          555 California Street
8    SULLIVAN, LLP                                     San Francisco, California 94104
9    555 Twin Dolphin Drive, 5th Floor                 Telephone: (415) 439-1400
     Redwood Shores, CA  94065                         Facsimile: (415) 439-1500
10   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100                         Marcus E. Sernel, P.C.
11                                                     KIRKLAND & ELLIS LLP
12   Frederick A. Lorig                                300 North LaSalle Street
     QUINN EMANUEL URQUHART &                          Chicago, Illinois 60654
13   SULLIVAN, LLP                                     Telephone: (312) 862-2000
     865 S. Figueroa Street, 10th Floor                Facsimile: (312) 862-2200
14   Los Angeles, California 90017
                                                       Gregory S. Arovas, P.C.
15                                                     KIRKLAND & ELLIS LLP
     *Attorneys for Plaintiff*
16   *Intertrust Technologies Corporation*             601 Lexington Avenue
                                                       New York, New York 10022
17                                                     Telephone: (212) 446-4800
                                                       Facsimile: (212) 446-4900
18                                                     *Attorneys for Defendant Apple Inc.*

19

20

21

22

23

24

25

26

27

28

1          **[~~PROPOSED~~] ORDER**

2          Pursuant to the foregoing stipulation extending time to file an amended complaint and

3   moving the initial Case Management Conference, and for good cause shown, it is hereby

4   ORDERED that:

5          1.      Defendant shall respond to Plaintiff's First Amended Complaint by no later than

6   July 29, 2013.

7          2.      The initial Case Management Conference presently scheduled for July 22, 2013 is

8   hereby rescheduled for August 26, 2013.

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12  DATED:  June 21, 2013

13                                      Hon. Yvonne Gonzalez Rogers
                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28