Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
greg.arovas@kirkland.com
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
marc.sernel@kirkland.com
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Sarah E. Piepmeier, SBN 227094
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
sarah.piepmeier@kirkland.com
Telephone: (415) 439-1976
Facsimile: (415) 439-1500

*Attorneys for Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>Defendant. | Case No. 4:13-cv-1235-YGR<br><br>**APPLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>**JURY TRIAL DEMANDED** |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

3   Dated: July 29, 2013   Respectfully Submitted,

4   */s/ Marcus E. Sernel, P.C.*

5   Gregory S. Arovas, P.C.
6   KIRKLAND & ELLIS LLP
    601 Lexington Avenue
7   New York, New York  10022
    greg.arovas@kirkland.com
8   Telephone:  (212) 446-4800
9   Facsimile:  (212) 446-4900

10  Marcus E. Sernel, P.C.
    KIRKLAND & ELLIS LLP
11  300 North LaSalle Street
    Chicago, Illinois  60654
12  marc.sernel@kirkland.com
13  Telephone:  (312) 862-2000
    Facsimile:  (312) 862-2200

14
    Sarah E. Piepmeier, SBN 227094
15  KIRKLAND & ELLIS LLP
    555 California Street
16  San Francisco, California  94104
    sarah.piepmeier@kirkland.com
17  Telephone: (415) 439-1976
18  Facsimile: (415) 439-1500

19  *Attorneys for Apple Inc.*

20

21

22

23

24

25

26

27

28