1  Gregory S. Arovas, P.C.
   KIRKLAND & ELLIS LLP
2  601 Lexington Avenue
3  New York, New York 10022
   greg.arovas@kirkland.com
4  Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
5
6  Marcus E. Sernel, P.C.
   KIRKLAND & ELLIS LLP
7  300 North LaSalle Street
   Chicago, Illinois 60654
8  marc.sernel@kirkland.com
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200

10 Sarah E. Piepmeier, SBN 227094
   KIRKLAND & ELLIS LLP
11 555 California Street
12 San Francisco, California 94104
   sarah.piepmeier@kirkland.com
13 Telephone: (415) 439-1976
   Facsimile: (415) 439-1500
14
15 *Attorneys for Apple Inc.*

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 OAKLAND DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware Corporation, | Case No. 4:13-cv-1235-YGR |
| Plaintiff, | **APPLE'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| APPLE INC., a California Corporation, | The Honorable Yvonne Gonzalez Rogers |
| Defendant. | **JURY TRIAL DEMANDED** |

Pursuant to FED. R. CIV. P. 7.1, Apple Inc. ("Apple") hereby files its Corporate Disclosure Statement. Apple states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: July 29, 2013

Respectfully Submitted,

*/s/ Marcus E. Sernel, P.C.*

Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
greg.arovas@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
marc.sernel@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Sarah E. Piepmeier, SBN 227094
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
sarah.piepmeier@kirkland.com
Telephone: (415) 439-1976
Facsimile: (415) 439-1500

*Attorneys for Apple Inc.*