1  Robert P. Feldman (Bar No. 69602)
   bobfeldman@quinnemanuel.com
2  Linda J. Brewer (Bar No. 217730)
   lindabrewer@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
   Telephone:  (650) 801-5000
5  Facsimile:  (650) 801-5100

6  Frederick A. Lorig (Bar No. 057645)
   fredlorig@quinnemanuel.com
7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 South Figueroa Street, 10th Floor
8  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
9  Facsimile:     (213) 443-3100

10 Attorneys for Plaintiff
   INTERTRUST TECHNOLOGIES CORPORATION

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 | INTERTRUST TECHNOLOGIES | CASE NO.  13-cv-01235- YGR
15 | CORPORATION, a Delaware corporation, |
   |                                        | **NOTICE OF APPEARANCE OF**
16 |         Plaintiff,                    | **CHRISTOPHER A. MATHEWS**
17 |     v.                                |
18 | APPLE INC., a California corporation, |
19 |         Defendant.                    |
20

1   PLEASE TAKE NOTICE that Christopher A. Mathews, an attorney with the firm of
2   QUINN EMANUEL URQUHART & SULLIVAN, LLP and admitted to practice before this
3   Court, and whose contact information appears below, hereby enters an appearance as an additional
4   attorney of record for Plaintiff Intertrust Technologies Corporation.

> Christopher A. Mathews (Bar No. 144021)
> chrismathews@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> Telephone:  (213) 443-3000
> Facsimile: (213) 443-3100

DATED:  August 7, 2013            QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By: /s/ Christopher A. Mathews
                                      Christopher A. Mathews
                                      Attorneys for Plaintiff
                                      INTERTRUST TECHNOLOGIES
                                      CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of August, 2013 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  August 7, 2013            Respectfully submitted

/s/  Christopher A. Mathews
Christopher A. Mathews
Attorneys for Plaintiff
INTERTRUST TECHNOLOGIES CORPORATION