[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-01235-YGR<br><br>**JOINT PROPOSED SCHEDULING ORDER**<br><br>Honorable Yvonne Gonzalez Rogers |

Pursuant to this Court's order at the Joint Case Management Conference ("CMC") on August 26, 2013, Plaintiff Intertrust Technologies Corporation ("Intertrust") and Defendant Apple Inc. ("Apple") hereby submit this joint proposed order.

1. The Patent Local Rules of the Northern District of California shall govern the scheduling of this case until the Continued Case Management Conference on December 9, 2013, except as stated herein.

2. Intertrust will serve its Patent Local Rule 3-1 and 3-2 Disclosure of Asserted Claims and Infringement Contentions and Document Production on **September 9, 2013**. Intertrust will assert no more than 163 claims, consistent with the representations made by Plaintiff's counsel to the Court at the August 26, 2013 CMC.

3. Apple will produce source code sufficient to show the operation of any aspects or elements identified by Intertrust in its Patent Local Rule 3-1(c) chart for the iPad, iPod, iPhone, and Mac OS X products, the iTunes Store, iOS App Store, and Mac App Store with which said devices interact, and the code effecting Apple's receipt, processing, and distribution of Apps and other content, no later than **October 8, 2013** ("Initial Source Code Production"). The Initial Source Code Production is separate from any further production of additional source code and documents as required under Patent L.R. 3-4(a). The date for production of any additional source code and documents required under Patent L.R. 3-4(a) shall be set by the Court at the Continued Case Management Conference on December 9, 2013.

4. Upon Apple's completion of its Initial Source Code Production, and during the first 30 days of Intertrust's examination of said code, the parties will begin to meet and confer and make a good faith effort to narrow the number of asserted claims.

5. No later than **December 9, 2013**, Apple will make a good faith production of all potentially relevant currently known prior art in Apple's possession, but the date for production of invalidity contentions and any subsequently located prior art under Patent Local Rule 3-3 and 3-4(b) shall be set by the Court at the Continued Case Management Conference on December 9, 2013.

6. The parties will file a Joint Case Management Statement no later than **December 2, 2013**. The Joint Case Management Statement will include an update on the parties' efforts to reduce the number of asserted claims and proposals for next steps in the litigation.

7. The Court will hold a continued Case Management Conference on **December 9, 2013**, at 1 p.m.

DATED: August 28, 2013                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Tigran Guledjian*

Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Frederick A. Lorig (Bar No. 57645)
fredericklorig@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Intertrust Technologies Corp.*

DATED: August 28, 2013                    Respectfully submitted,

KIRKLAND & ELLIS

By:  */s/Marcus E. Sernel, P.C.*

Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
greg.arovas@kirkland.com
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
marc.sernel@kirkland.com
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Sarah E. Piepmeier, SBN 227094
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
sarah.piepmeier@kirkland.com
Telephone: (415) 439-1976
Facsimile: (415) 439-1500

*Attorneys for Apple Inc.*