**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INTERTRUST TECHNOLOGIES CORPORATION,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**APPLE INC.,**<br><br>    **Defendant.** | Case No.: 13-CV-1235 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO ENTER PROPOSED STIPULATED PROTECTIVE ORDER** |

The parties' Joint Motion to Enter Proposed Stipulated Protective Order (Dkt. No. 42) is hereby **DENIED WITHOUT PREJUDICE**. The Joint Motion is apparently based on the previous version of this District's Model Protective Order, which was superseded on October 1, 2013, before the parties filed their Joint Motion. The Joint Motion references Civil Local Rule 79-5, which has since been revised, and General Order 62, which has since been abrogated.[1]

The parties may file an amended motion for a protective order. The District's updated Model Protective Order is available online.[2] Further, the parties are directed to review the undersigned's discovery procedures.[3]

---

[1] *See* United States District Court, Northern District of California, "Amendments to Civil and Criminal Local Rules Update Under-Seal Filing Procedures, Replace General Order 62," http://cand.uscourts.gov/news/131.

[2] *See* United States District Court, Northern District of California, "Stipulated Protective Orders," http://cand.uscourts.gov/stipprotectorder.

[3] *See* United States District Court, Northern District of California, Standing Orders of Judge Gonzalez Rogers, http://cand.uscourts.gov/ygrorders

1   This Order terminates Docket No. 42.

2   **IT IS SO ORDERED**.

4   Date: November 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**