1  **[Counsel Listed on Signature Page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-1235-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MOVING CONTINUED CASE MANAGEMENT CONFERENCE AND MODIFYING DATE TO FILE UPDATED CASE MANAGEMENT STATEMENT**<br><br>**[LOCAL RULE 6-2]**<br><br>Honorable Yvonne Gonzalez Rogers |

1  Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b) and Local Rules 6-1(b), 6-2
2  and 7-12, the parties, through their respective counsel of record, hereby jointly stipulate, agree and
3  request an order from the Court enlarging time as follows:
4  The parties jointly request that the continued Case Management Conference ("CMC"),
5  presently scheduled to occur on December 9, 2013 [D.I. 38], be moved by one week to December
6  16, 2013, so that Apple's in-house counsel assigned to this matter, who will be out of the country
7  on December 9, can attend.  Attendance by Apple's in-house counsel is expected to contribute to
8  the substantive and productive nature of the dialogue required at the conference.  Consistent with
9  this Court's Standing Order in Civil Cases, the parties further request that the schedule be
10 amended to allow the updated Case Management Statement, currently due on December 2, 2013,
11 to be filed no later than December 9, 2013.[1]  For convenience, the current and proposed dates are
12 set forth in the chart below:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Updated Case Management Statement | December 2, 2013 | December 9, 2013 |
| Continued Case Management Conference | December 9, 2013 | December 16, 2013 |

17 The parties report that the only other modifications of time have been a 30-day extension
18 to Apple, by joint stipulation, to file its response to the Complaint [D.I. 12] and extensions of time
19 for Intertrust to amend its complaint, for Apple to Answer, and for the initial CMC [D.I. 21, 24].
20 Because the extension requested is one week, and because no other dates are currently scheduled,
21 the present requested modification and resetting of the updated Case Management Statement and
22 continued CMC will not adversely impact the case schedule.

---

[1] Pursuant to Paragraph 6 of this Court's Standing Order in Civil Cases, updated joint case management statements are required and must be filed seven days in advance of all other case management conferences.

-1-  Case No. 4:13-cv-1235-YGR
STIPULATION EXTENDING TIME

1    **IT IS SO STIPULATED.**

2

3    DATED:   November 8, 2013                           Respectfully submitted,

4    /s/ Tigran Guledjian                                /s/ *Marcus E. Sernel, P.C.*

5    Robert P. Feldman                                   Sarah E. Piepmeier, SBN 227094
     Linda J. Brewer                                     KIRKLAND & ELLIS LLP
6    QUINN EMANUEL URQUHART &                            555 California Street
     SULLIVAN, LLP                                       San Francisco, California 94104
7    555 Twin Dolphin Drive, 5th Floor                   Telephone: (415) 439-1400
     Redwood Shores, CA  94065                           Facsimile: (415) 439-1500
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100                           Marcus E. Sernel, P.C.
9                                                        KIRKLAND & ELLIS LLP
10   Frederick A. Lorig                                  300 North LaSalle Street
     QUINN EMANUEL URQUHART &                            Chicago, Illinois 60654
11   SULLIVAN, LLP                                       Telephone: (312) 862-2000
     865 S. Figueroa Street, 10th Floor                  Facsimile: (312) 862-2200
12   Los Angeles, California 90017
     Telephone: (213) 443-3000                           Gregory S. Arovas, P.C.
13   Facsimile: (213) 443-3100                           KIRKLAND & ELLIS LLP
                                                         601 Lexington Avenue
14                                                       New York, New York 10022
     *Attorneys for Plaintiff*
15   *Intertrust Technologies Corporation*               Telephone: (212) 446-4800
                                                         Facsimile: (212) 446-4900
16                                                       *Attorneys for Defendant Apple Inc*.

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                                                      Case No. 4:13-cv-1235-YGR
                                                                         STIPULATION EXTENDING TIME

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the foregoing stipulation, and for good cause shown, it is hereby ORDERED

3  that:

4  1. The parties will file an updated Joint Case Management Statement, presently due

5  on December 2, 2013, no later than **December 9, 2013**.

6  2. The continued Case Management Conference presently scheduled for December 9,

7  2013 is hereby rescheduled for **December 16, 2013**.

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11  DATED: November 13, 2013  _____
    Hon. Yvonne Gonzalez Rogers
    United States District Judge

Case No. 4:13-cv-1235-YGR
[~~PROPOSED~~] ORDER EXTENDING TIME