UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

Date: December 16, 2013          JUDGE: Yvonne Gonzalez Rogers

Case No: C- 13-1235- YGR     Time: FTR: 2:11pm-2:12pm;3:39pm-3:40pm
                                            and 4:35pm-5:21pm

Case Name: Intertrust Tech v Apple Inc.

Attorney(s) for Plaintiff: Sidford L. Brown
                           Frederick Lorig
                           Tigran Guledjian
                           Robert Feldman

Attorney(s) for Defendant: Gregory Arovas
                           Marcus Sernel

Deputy Clerk: Frances Stone          Court Reporter: FTR

### PROCEEDINGS

**CMC- HELD**

Next date: Status Conference Monday, 4/21/14 at 2:00pm
Tutorial: Friday, 10/3/14 at 10:00am
Markman Hearing: Friday, 10/10/14 at 10:00am

Notes: Counsel were directed to meet and confer in attorney lounge at beginning of the CMC calendar today. One counsel returned at 3:39pm to update court as to status of the meet and confer.
 All counsel returned at 4:35pm for the CMC session with the court.

Counsel to submit a proposed "chart" order to the court with dates discussed today.