**[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-01235-YGR<br><br>**[PROPOSED]**<br><br>**ORDER OF DISMISSAL**<br><br>Honorable Yvonne Gonzalez Rogers |

**[PROPOSED]**

**ORDER OF DISMISSAL**

On this day, Plaintiff INTERTRUST TECHNOLOGIES CORPORATION and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by INTERTRUST TECHNOLOGIES CORPORATION herein are dismissed, with prejudice, and all counterclaims for relief against INTERTRUST TECHNOLOGIES CORPORATION by APPLE INC. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED: April 1, 2014

Respectfully submitted,
QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Tigran Guledjian*

Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Frederick A. Lorig (Bar No. 57645)
fredericklorig@quinnemanuel.com
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Intertrust Technologies Corp.*

DATED:  April 1, 2014

Respectfully submitted,
KIRKLAND & ELLIS

By: */s/ Marcus E. Sernel, P.C.*

Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
greg.arovas@kirkland.com
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
marc.sernel@kirkland.com
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Sarah E. Piepmeier, SBN 227094
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
sarah.piepmeier@kirkland.com
Telephone: (415) 439-1976
Facsimile: (415) 439-1500

*Attorneys for Apple Inc.*

DATED:  April ___, 2014

SO ORDERED.

_____

**Honorable Yvonne Gonzalez Rogers**

**UNITED STATES DISTRICT COURT JUDGE**

Case4:13-cv-01235-YGR Document60 Filed04/01/14 Page4 of 4

## **ATTESTATION**

I, James Stein, am the ECF user whose ID and password are being used to file the parties' Proposed Order of Dismissal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Tigran Guledjian and Marcus E. Sernel, P.C. have concurred in this filing.

Dated: April 1, 2014                               */s/ James Stein*
                                                                James Stein