**[COUNSEL LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO.  4:13-cv-01235-YGR<br><br>**ORDER OF DISMISSAL**<br><br>Honorable Yvonne Gonzalez Rogers |

## ORDER OF DISMISSAL

On this day, Plaintiff INTERTRUST TECHNOLOGIES CORPORATION and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by INTERTRUST TECHNOLOGIES CORPORATION herein are dismissed, with prejudice, and all counterclaims for relief against INTERTRUST TECHNOLOGIES CORPORATION by APPLE INC. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED: April 1, 2014

Respectfully submitted,
QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Tigran Guledjian*

Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Frederick A. Lorig (Bar No. 57645)
fredericklorig@quinnemanuel.com
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Intertrust Technologies Corp.*

DATED:  April 1, 2014	Respectfully submitted,
	KIRKLAND & ELLIS

	By: */s/ Marcus E. Sernel, P.C.*

	Gregory S. Arovas, P.C.
	KIRKLAND & ELLIS LLP
	601 Lexington Avenue
	New York, New York  10022
	greg.arovas@kirkland.com
	Telephone:  (212) 446-4800
	Facsimile:  (212) 446-4900

	Marcus E. Sernel, P.C.
	KIRKLAND & ELLIS LLP
	300 North LaSalle Street
	Chicago, Illinois  60654
	marc.sernel@kirkland.com
	Telephone:  (312) 862-2000
	Facsimile:  (312) 862-2200

	Sarah E. Piepmeier, SBN 227094
	KIRKLAND & ELLIS LLP
	555 California Street
	San Francisco, California  94104
	sarah.piepmeier@kirkland.com
	Telephone: (415) 439-1976
	Facsimile: (415) 439-1500

	*Attorneys for Apple Inc.*


DATED:  April 1, 2014	SO ORDERED.

	_____
	**Honorable Yvonne Gonzalez Rogers**

	**UNITED STATES DISTRICT COURT JUDGE**

2

## **ATTESTATION**

    I, James Stein, am the ECF user whose ID and password are being used to file the parties' Proposed Order of Dismissal.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Tigran Guledjian and Marcus E. Sernel, P.C. have concurred in this filing.

Dated:  April 1, 2014                          */s/ James Stein*
                                                          James Stein